**No. 10-501. Sharon Taylor, et al., Petitioners v. Acxiom Corporation, et al.**

562 U.S. 1169, 131 S. Ct. 908, 178 L. Ed. 2d 804, 2011 U.S. LEXIS 38.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 612 F.3d 325.

**No. 10-509. Avid Identification Systems, Inc., Petitioner v. The Crystal Import Corporation, et al.**

562 U.S. 1169, 131 S. Ct. 909, 178 L. Ed. 2d 804, 2011 U.S. LEXIS 64.

January 10, 2011. Motion of Allflex U.S.A., Inc. for leave to file a brief as amicus curiae under seal with redacted copies for the public record granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 603 F.3d 967.